1  MARY E. ALEXANDER, ESQ. (SBN: 104173)
   Mary Alexander & Associates, P.C.
2  44 Montgomery Street, Suite 1303
   San Francisco, California 94104
3  Telephone: (415) 433-4440
   Facsimile: (415) 433-5440
4  Email: malexander@maryalexanderlaw.com

5  ELIZABETH J. CABRASER (SBN: 083151)
   Lieff Cabraser Heimann & Bernstein, LLP
6  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
7  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
8  Email: ecabraser@lchb.com

9  GRETCHEN NELSON (SBN: 112566)
   Nelson & Fraenkel LLP
10 601 So. Figueroa Street, Suite 2050
   Los Angeles, CA 90017
11 Telephone: (213) 622-6469
   Facsimile: (213) 622-6019
12 Email: gnelson@nflawfirm.com

13 *Attorneys for Plaintiffs*
   [Additional counsel on signature page]
14 Counsel for Defendants on Signature Page

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTHY LEUENHAGEN; et al., | Case No. 2:21-cv-01187-RGK-SK |
| Plaintiffs, | CLASS ACTION |
| v. | Hon. R. Gary Klausner |
| CARNIVAL CORPORATION; CARNIVAL PLC and PRINCESS CRUISE LINES LTD., | **JOINT STIPULATION PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii) TO DISMISS COMPLAINT** |
| Defendants. | |

| | |
|---|---|
| 1 | **WHEREAS,** the parties have reached a settlement of all claims by all Plaintiffs against all Defendants and have agreed jointly to stipulate to the dismissal of the Complaint in its entirety in accordance with Fed.R. Civ. P. 41(a)(1)(A)(ii). |

**WHEREAS,** the parties have reached a settlement of all claims by all Plaintiffs against all Defendants and have agreed jointly to stipulate to the dismissal of the Complaint in its entirety in accordance with Fed.R. Civ. P. 41(a)(1)(A)(ii).

**NOW THEREFORE**, it is hereby stipulated as follows:

The Complaint shall be dismissed in accordance with Fed.R.Civ.P. 41(a)(1)(A)(ii) with prejudice and without costs to any party, and the Court shall retain jurisdiction to enforce the settlement.

**IT IS SO STIPULATED.**

Dated:   March 23, 2022          NELSON & FRAENKEL LLP

By:  /s/ *Gretchen M. Nelson*

Gretchen M. Nelson (112566)
gnelson@nflawfirm.com
Carlos F. Llinás Negret (284746)
cllinas@nflawfirm.com
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone:  213-622-6469
Facsimile:  213-622-6019

Dated:  March 23, 2022          MARY E. ALEXANDER, ESQ. (SBN: 104173)
Mary Alexander & Associates, P.C.
44 Montgomery Street, Suite 1303
San Francisco, California 94104
Telephone:  (415) 433-4440
Facsimile:  (415) 433-5440
Email:  malexander@maryalexanderlaw.com


By:      /s/ *Mary E. Alexander*

| | | |
|---|---|---|
| Dated: March 23, 2022 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/ Elizabeth J. Cabraser*

Elizabeth J. Cabraser (SBN 083151)
*ecabraser@lchb.com*
Jonathan D. Selbin (SBN 170222)
*jselbin@lchb.com*
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Mark P. Chalos (*Pro Hac Vice*)
*mchalos@lchb.com*
222 2nd Avenue South, Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (212) 313-9965

*Attorneys for all Plaintiffs*

Dated: March 23, 2022        MALTZMAN & PARTNERS, PA

By: */s/ Jeffrey A. Maltzman*

Jeffrey A. Maltzman
*jeffreym@maltzmanpartners.com*
681 Encinitas Blvd., Suite 315
Encinitas, CA. 92024
Telephone: 213-330-0535
Facsimile: 213-330-0534

*Attorney for Defendant Princess Cruise Lines Ltd.*

| | | |
|---|---|---|
| Dated: March 23, 2022 | ARNOLD & PORTER | |
| | By: */s/ Jonathan W. Hughes* | |

Jonathan W. Hughes
Jonathan.hughes@arnoldporter.com
Three Embarcadero Center, Tenth Floor
San Francisco, CA. 94111-4024
Telephone: 415-471-3156
Facsimile: 415-471-3400

*Attorneys for Defendants Carnival Corporation and Carnival PLC*

# ATTESTATION

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this filing and have authorized this filing.

Dated this 23rd day of March, 2022

NELSON & FRAENKEL LLP

By: */s/ Gretchen M. Nelson*
GRETCHEN M. NELSON
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Telephone: 213-622-6469
Facsimile: 213-622-6019

*Attorneys for Plaintiffs*